**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JESUS CANTU and ROSA CANTU,** | § | |
|    **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:16-cv-00661** |
| | § | |
| **ALLSTATE TEXAS LLOYDS,** | § | |
| **Defendant** | § | |

**PLAINTIFFS, JESUS CANTU AND ROSA CANTU, MOTION TO COMPEL
MEDIATION**

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW, Plaintiffs, JESUS CANTU AND ROSA CANTU, in the above-styled and numbered cause, and files this, their Motion to Compel Mediation and in support thereof would show more fully as follows:

1. Plaintiffs sued Defendant for violations of the Texas Deceptive Trade Practices Act, Breach of Contract, violations of the Texas Insurance Code and other causes of action mentioned in Plaintiffs' petition.

2. Plaintiffs, JESUS CANTU AND ROSA CANTU, have made every effort to schedule mediation.

3. Plaintiffs, JESUS CANTU AND ROSA CANTU, have provided all information necessary for such mediation to take place.

4. Plaintiffs request that mediation be conducted with mediator, Alfred Denham in McAllen, Texas.

5. If the Court grants such mediation, Plaintiffs requests that such mediation take place within 30 days that the Court orders mediation.

6. Plaintiffs requests that a representative from Defendant appear with actual authority to negotiate a settlement.

7. Additionally, it is requested that the order provide that a party failing to comply with the mediation Order shall be subject to sanctions by the Court up to the amount of the total amount of the mediation fee paid by all the parties combined.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this motion be set for a hearing, that an order be entered in accord with the request herein, and for such other and further relief at law and in equity as Plaintiff may show itself justly entitled to receive.

Respectfully submitted,

JOHN SAENZ & ASSOCIATES, P.C.
805 Dallas Ave.
McAllen, Texas 78501
(956) 467-0111 Tel.
(956) 467-1742 Fax.

_____/s/ John Saenz_____
JOHN SAENZ
State Bar# 24038046
**ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served upon all counsel of record on this the <u>9th </u>day of October, 2017, as follows:

Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, LLP
10225 North 10th Street
McAllen, Texas 78504
Tel: 956.393.6300
Fax: 915-386.1625
ATTORNEY FOR DEFENDANT

_____/s/John Saenz_____
John Saenz