IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JESUS CANTU AND ROSA CANTU** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:16-cv-00661** |
| | § | **JURY DEMANDED** |
| | § | |
| **ALLSTATE TEXAS LLOYDS** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

Respectfully submitted,

BY:    /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

John Saenz
JOHN SAENZ & ASSOCIATES
805 Dallas Ave.
McAllen, Texas 78501

on this 18th day of January, 2018.

                                                  /s/ *Rosemary Conrad-Sandoval*
                                              ROSEMARY CONRAD-SANDOVAL